

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** June 27, 2016
**To:** The Honorable Frank D. Whitney, Chief U.S. District Court Judge
**CC:**
**From:** William Sinclair
**Subject:** Emergency International Travel Request for Teng Lor. Case Number DNCW315CR000080-001.

---

The defendant has requested permission to travel to Laos for the passing of his mother Mee Vang. The defendant reported that he would be traveling to Xieng Khuang in Laos to attend her funeral as soon as possible. This U.S. Probation Officer spoke with AUSA Jenny Sugar regarding this request and was advised that she had no position and would defer to the court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted,

                                                By    s/ Will Sinclair
                                                        Will Sinclair
                                                        U.S. Probation Officer
                                                        200 South College St
                                                        Charlotte, NC 28202
                                                         704-350-7672
                                                         Date: <u>June 27, 2016</u>

Approved by:   s/ Marcus E. Holmes
                          Marcus E. Holmes
                          Supervising U.S. Probation Officer
                          704-350-7620

THE COURT ORDERS:

x☐     Request for travel approved.
☐     Request for travel denied.

Date: June 27, 2016

Signed: June 27, 2016

Frank D. Whitney
Chief United States District Judge